FILED
CLERK U.S. DISTRICT COURT
MAR 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

Name: <u>BRANDEN FLYNN</u>

Address: <u>229 W QUEEN ST APT 14</u>

<u>INGLEWOOD , CA 90301</u>

Phone: _____

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN FLYNN | CASE NUMBER: |
| | **2:22-CV-02065-PA-PLAx** |
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| CARMAX AUTO SUPERSTORES WEST COAST, INC. | COMPLAINT |
| Defendant(s). | |

## COMPLAINT

COMPLAINT TO THE HONORABLE UNITED STATES DISTRICT JUDGE :

### NATURE OF ACTION

1. This action is for damages brought by the plaintiff for defendant's violations of 15 usc 1602 the Truth In Lending Act.(hereinafter "TILA") which the purpose of this subchapter is to assure a meaningful disclosure of credit terms so that the consumer will be able to compare more readily the various credit terms available to him and avoid the uninformed use of credit, and to protect the consumer against inaccurate and unfair credit billing and credit card practices.15 usc 1691 the Equal Credit Opportunity Act, (hereinafter ECOA) which makes it unlawful for any creditor to

## CAUSES OF ACTION

13. Plaintiff is entitled to recover damages from defendant and each of them based on the liability of numbered counts I through XI and other liability may be appropriate based upon the facts in or revealed during discovery.

### COUNT I – TILA 15 USC 1605(A) FINANCE CHARGE

14. In committing the acts here , defendant CARMAX violated 15 usc 1605 (a) Finance Charge defined Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges. The finance charge does not include charges of a type payable in a comparable cash transaction. CARMAX and its employees violated 15 usc 1605(a) by stating that my extension of credit was conditional on a additional down payment. Federal law clearly defines the finance charge as a sum total of all charges, and does not include a charge of a type payable in a comparable cash transaction which is a down payment. This is a consumer credit transaction I entered into not a alleged loan.

### COUNT II – TILA 15 usc 1611 WILLFULL AND KNOWING GIVNG FALSE OR INACCURATE INFORMATION

15. In committing the acts here , defendant CARMAX failed to make the required disclosures of the TRUTH IN LENDING ACT such as the finance charge under the TRUTH IN LENDING ACT 15 usc 1605a the finance charge is the sum total of all charges and does not include any charges of a type payable in a comparable cash transaction. Yet, CARMAX furnished fraudulent deceptive forms with the intent to deceive me and induce the alleged loan and create the belief that I the consumer was being loaned money or credit by the alleged financial institutions printed on the forms.

From : Branden Flynn

229 w queen st apt 14

Inglewood, Ca 90301


To: CARMAX

8611 La Ceinega Blvd

Inglewood, Ca 90301

## CEASE AND DESIST

It has come to my attention that CARMAX and it's employee's activities constitute as discrimination under EUQUAL CREDIT OPORTUNITY ACT 15 usc 1691(A)(3) . On 7/12/2021 I the applicant have in good faith exercised several rights under tittle 15 chapter 41 of the CONSUMER CREDIT PROTECTION ACT, such as my right to extend credit during a consumer credit transaction On 7/12/2021 at CARMAX 8611 LA Cienega Blvd, Inglewood, CA 90301. Which was fraudulently misrepresented as alleged loan application, when in fact federal states under 12 usc 1431 power and duties of banks the banks only have power to borrower not lend credit or lend money. I am the consumer the natural person credit originated from me, no bank or financial institution can lend money or lend credit. This is a consumer credit transaction as a result of me the consumer extending credit there will be a finance charge which under TRUTH IN LENDING ACT 15 usc 1605a is determined to be the sum total of all charges and does not include a charge of a type in a comparable cash transaction. Which is also a mandatory material disclosure under the TRUTH IN LENDING ACT which was not disclosed, yet it was omitted and illegal downpayments were displayed to me as "finance options" which is fraud and intended to deceive and induce me into a illegal and unlawful contract. There is no alleged auto loan during the consumer credit transaction, and I have been injured by CARMAX and its actions, conduct, negligence and fraud.


I am demanding:

Approval of my extension of credit to purchase the vehicle 2020 Tesla Model S 4d Sedan

Pay the attached invoice for each violation

Grant my title lien free

 Gmail                                                               B F <flynnbranden@gmail.com>

## Brandon, your finance offers are here!

**CarMax** <CarMax@email-carmax.com>                                    Mon, Jul 12, 2021 at 4:08 PM
Reply-To: CarMax <reply-42204134-5141770_HTML-728907566-10977964-337996@email-carmax.com>
To: flynnbranden@gmail.com





# Let's review your finance offers

Your options are ready to review and discuss

**Applicant:** BRANDON FLYNN

**Vehicle:** 2020 TESLA MODEL S 4D SEDAN            FRAUD

**Price:** $88,135.31

**Mileage:** 7,373

**Stock #:** 20880362

**Application details**

Down payment: $.00
Amount requested: $88,135.31
Application date: 07/12/21*

15 USC 1611

# Your financing offers

Your **Offer details** below include taxes and fees. Also included are any optional products that you've selected such as MaxCare® or GAP.

Earlier **First payment dates** may be available and could reduce the total cost of your financing. Please check with your sales associate.



**Offer details**

15 USC 1605A

| Carmax offer financed by | CapitalOne |
|---|---|
| Down payment | $53,239.31 |
| Amount financed | $34,896.00 |
| First payment date | 08/26/2021 |
| Payment term | 72 months |
| APR | 6.08% |
| Monthly payment | $581.11 |

**Required Documents:** Proof of Income, Proof of Insurance

**Offer details**

15 USC 1605A

| Carmax offer financed by | Westlake Financial Services |
|---|---|
| Down payment | $25,849.31 |

| | |
|---|---|
| Amount financed | $62,286.00 |
| First payment date | 08/26/2021 |
| Payment term | 72 months |
| APR | 17.49% |
| Monthly payment | $1,412.93 |

**Required Documents:** Proof of Income, Proof of Residence, Proof of Insurance, Personal References

Additional term options may be available from Westlake. Ask your Associate for details.



**Offer details**

15 USC 1605A

Carmax offer financed by — Westlake Financial Services

| | |
|---|---|
| Down payment | $25,849.31 |
| Amount financed | $62,286.00 |
| First payment date | 08/26/2021 |
| Payment term | 66 months |
| APR | 17.09% |
| Monthly payment — 15 USC 1605(A)(5) | $1,472.38 |

**Required Documents:** Proof of Income, Proof of Residence, Proof of Insurance, Personal References

Additional term options may be available from Westlake. Ask your Associate for details.



**Offer details**

15 USC 1605A

Carmax offer financed by — Westlake Financial Services

Down payment — $25,849.31

| | |
|---|---|
| Amount financed | $62,286.00 |
| First payment date | 08/26/2021 |
| Payment term | 60 months |
| APR | 16.69% |
| Monthly payment | 15 USC 1605(A)(5)    $1,548.30 |

**Required Documents:** Proof of Income, Proof of Residence, Proof of Insurance, Personal References

Additional term options may be available from Westlake. Ask your Associate for details.

## Offer details

| | 15 USC 1605A | |
|---|---|---|
| **Carmax offer financed by** | | American CREDIT ACCEPTANCE |
| Down payment | | $41,500.00 |
| Amount financed | | $46,635.31 |
| First payment date | | 08/26/2021 |
| Payment term | | 72 months |
| APR | | 28% |
| Monthly payment | 15 USC 1605(A)(5) | $1,359.09 |

**Required Documents:** Proof of Income, Proof of Residence, Proof of Insurance, Personal References, Original Social Security Card



## Questions? We're here to help.
Give us a call at (310) 568-9272

Please do not reply to this email. We are unable to respond to inquiries sent to this address.

Your CarMax

**LAX**

8611 La Cienega Boulevard
Inglewood, CA 90301
(310) 568-9272

DIRECTIONS

cm

  

carmax.com    Privacy Policy    Contact    View Web Version

© 2020 All Rights Reserved - CarMax

This is a transactional email sent by CarMax.
12800 Tuckahoe Creek Parkway, Richmond, VA 23238

*Your finance offers are available for 30 days from your date of application.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

CARMAX
8011 La Cienega Blvd
Inglewood, CA 90301

9590 9402 6658 1060 6431 84

Article Number (Transfer from service label)

7020 0640 0001 1799 8066

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUL — —

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  CARMAX
Street and Apt. No., or PO Box No.  8611 S LA Cienega Blvd
City, State, ZIP+4®  Inglewood, CA 90301

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions