**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN FLYNN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CARMAX AUTO SUPERSTORES WEST COAST, INC.,<br><br>　　　　　Defendant. | Case No. CV 22-2065 FMO (JPRx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge